KELSEY v. KELSEY. (Supreme Court, Appellate Division, First Department. June 12, 1908.) Action by Julia R. Kelsey against William H. Kelsey. From an order denying a motion to reduce the amount of alimony, defendant appeals. Reversed, and motion granted as

stated. Robert K. Walton, for appellant. Emmet J. Murphy, for respondent.

PER CURIAM. The order should be reversed and the amount of permanent alimony for the plaintiff's support and that of her child reduced to $200 per month, reserving the right to the wife to apply for a restoration of the amount fixed by the final judgment upon showing a change in the defendant's financial condition.

KESTENBERG, Appellant, v. NEW YORK, N. H. & H. R. CO., Respondent. (Supreme Court, Appellate Division, First Department. July 8, 1908.) Action by Hindy Kestenberg, as administratrix, against the New York, New Haven & Hartford Railroad Company. H. H. Davis, for appellant. C. M. Sheafe, for respondent. No opinion. Judgment affirmed, with costs. Order filed.